**FILE COPY**



## Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

June 9, 2015

Stan Schwieger
LAW OFFICE OF STAN SCHWIEGER
P.O. Box 975
Waco, TX 76703
* DELIVERED VIA E-MAIL *

Brodie Burks
Assistant County and District Attorney
200 W. State Street
Groesbeck, TX 76642
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:  07-14-00278-CR, 07-14-00279-CR
Trial Court Case Number: 13,184-A, 13,185-A

**Style:** Teddie Davenport v. The State of Texas

Dear Counsel:

By Order of the Court, Appellant's Motion for Rehearing is this day overruled.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:   Honorable Patrick H. Simmons (DELIVERED VIA E-MAIL)
Carol Jenkins (DELIVERED VIA E-MAIL)